**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–29499–VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Awni Abuhadba
  18 Sunrise Drive
  Wayne, NJ 07470

Social Security No.:
  xxx–xx–0153

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/8/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 8, 2017
JAN: jf

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Awni Abuhadba
    Debtor

Case No. 17-29499-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 08, 2017
    Form ID: 148    Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db             +Awni Abuhadba,    18 Sunrise Drive,    Wayne, NJ 07470-4230
cr             +Fay Servicing LLC,    FRIEDMAN VARTOLO LLP,    85 Broad Street,    New York, NY 10004-2434
cr             +U.S. Bank Trust N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                 Boca Raton, FL   33487,    UNITED STATES 33487-2853
517087206      +Fay Servicing,    440 LaSalle Street,    #2000,    Chicago, IL 60605-5011
517087207      +Goshen Mortgage, LLC,    411 West Putnam Ave.,    Greenwich, CT 06830-6261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
              David L. Stevens    on behalf of Debtor Awni   Abuhadba dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Laura M. Egerman    on behalf of Creditor    Goshen Mortgage LLC, as Separate trustee for GDBT I
               Trust 2011-1 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank Trust N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Goshen Mortgage LLC, as Separate trustee for GDBT I
               Trust 2011-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```