UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, NY 10004
Attorneys for Fay Servicing LLC, as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1
P: (212) 471-5100
AFriedman@FriedmanVartolo.com

IN RE:

Awni Abuhadba

Debtor(s)



Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-29499

Hearing Date: December 7, 2017 at 10:00

AM

Judge: Hon. Vincent F. Papalia

Chapter: 13

# ORDER GRANTING RELIEF FROM THE
# AUTOMATIC STAY REGARDING REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2017**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the motion of Fay Servicing LLC as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1, for vacatur of the automatic stay under 11 U.S.C. § 362(d)(1), in rem relief under 11 U.S.C. § 362(d)(4)(A), and waiver of the stay provision under Fed. R. Bankr. Pr. 4001(a)(3) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated, in rem relief is granted, and the 14-day stay after entry of this Order is waived to permit the movant to immediately institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 18 Sunrise Drive, Wayne, New Jersey 07470

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing LLC, as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 18 Sunrise Drive, Wayne, New Jersey 07470; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.