| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Adam J. Friedman, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004<br>Attorneys for Fay Servicing LLC, as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1<br>P: (212) 471-5100<br>AFriedman@FriedmanVartolo.com | **Order Filed on December 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>Awni Abuhadba<br><br>Debtor(s) | Case No. 17-29499<br><br>Hearing Date: December 7, 2017 at 10:00 AM<br><br>Judge: Hon. Vincent F. Papalia<br><br>Chapter: 13 |

**ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY REGARDING REAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Fay Servicing LLC as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1, for vacatur of the automatic stay under 11 U.S.C. § 362(d)(1), in rem relief under 11 U.S.C. § 362(d)(4)(A), and waiver of the stay provision under Fed. R. Bankr. Pr. 4001(a)(3) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated, in rem relief is granted, and the 14-day stay after entry of this Order is waived to permit the movant to immediately institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 18 Sunrise Drive, Wayne, New Jersey 07470

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing LLC, as servicer for Goshen Mortgage LLC, as Separate Trustee for GDBT I Trust 2011-1, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 18 Sunrise Drive, Wayne, New Jersey 07470; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29499-VFP
Awni Abuhadba                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db            +Awni Abuhadba,    18 Sunrise Drive,    Wayne, NJ 07470-4230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
      Adam Jason Friedman    on behalf of Creditor   Fay Servicing LLC bankruptcy@friedmanvartolo.com
      David L. Stevens    on behalf of Debtor Awni  Abuhadba dstevens@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
       y.com;dmedina@scura.com
      Laura M. Egerman    on behalf of Creditor   U.S. Bank Trust N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    Goshen Mortgage LLC, as Separate trustee for GDBT I
       Trust 2011-1 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Goshen Mortgage LLC, as Separate trustee for GDBT I
       Trust 2011-1 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 7